117 A.3d 1277

A. SCOTT ENTERPRISES, INC., Respondent

v.

CITY OF ALLENTOWN, Petitioner.

Supreme Court of Pennsylvania.

June 25, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of June, 2015, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** issues b.

and d., as set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Does a jury finding of bad faith require the trial court to impose a statutory penalty and award attorney fees under 62 Pa.C.S. § 3935?